# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re                                        Case No. 13-32359-DHW
                                             Chapter 13
KISHA R. URGENT,

      Debtor.

## ORDER DISMISSING BANKRUPTCY CASE

The chapter 13 trustee filed a motion (Doc. #26) under 11 U.S.C. § 1307 to dismiss this case because of a material default by the debtor in payments under the confirmed chapter 13 plan.

The motion came on for hearing on May 18, 2015.  In accordance with the ruling from the bench in open court, it is

ORDERED that this bankruptcy case is DISMISSED.  It is

FURTHER ORDERED that the trustee's office shall file and serve on all creditors a final report and account reflecting the receipts and disbursements in this case.

Done this 18th day of May, 2015.

Dwight H. Williams, Jr.
United States Bankruptcy Judge

c:    Debtor
     Richard D. Shinbaum, Attorney for Debtor
     Curtis C. Reding, Trustee
     All Creditors

**NOTICE: Any unpaid filing fees remain due and payable to the Clerk of court.  Failure to pay the filing fee may result in additional collection.**